CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SARAH RENEE GREER

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 1:09-cr-00588 LJO |
| ) | |
| Plaintiff,     ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE |
| vs.                   ) | |
| ) | Date:  December 2, 2009 |
| SARAH RENEE TODD,                            ) | Time:  9:00 am |
| ) | Honorable Lawrence J. O'Neill |
| Defendant.     ) | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A status conference in this matter is currently set for December 4, 2009 at 9:00 am.

By agreement of the parties, it is requested that the status conference be continued until January 15, 2010 at 9:00 am.

The reason for this request is that, while the bulk of the discovery has been provided, there is still evidence seized pursuant to a search warrant that is being inspected and reviewed by both the government and the defense.  Further, codefendant Brian Stretch is still involved in state criminal proceedings and has not been transported to this district.  Finally, the government and the defense have had preliminary settlement discussions and the requested continuance would allow an opportunity to engage in further negotiations prior to the next court appearance.

1  It is further stipulated that the time between December 4, 2009 and January 15, 2009
2  shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections
3  3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow
4  the defendant reasonable time to review all available discovery, taking into account the exercise
5  of due diligence, to provide for the transportation of the codefendant to this district and to allow
6  further settlement negotiations that may result in an expeditious conclusion to the case as far as
7  this defendant is concerned.

8  Based on the above, it is respectfully requested that the status conference be continued as
9  set forth above.

10  Dated:  December 2, 2009                    Respectfully submitted,

12                                              /s/  Carl M. Faller_____
                                                CARL M. FALLER
13                                              Attorney for Defendant

14                                              BENJAMIN B. WAGNER
15                                              Acting United States Attorney

17                                         By   /s/ Mark J. McKeon____
                                                MARK J. McKEON
18                                              Assistant U.S. Attorney
                                                Attorney for the United States

20  ORDER:

21  Based upon the stipulation of the parties and good cause appearing, it is hereby
22  
23  ORDERED that the status conference currently set for December 4, 2009, at 9:00 am, be
24  continued to January 15, 2009 at 9:00 am.

25  It is further ORDERED that the time between December 4, 2009 and January 15, 2009
26  shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections
27  3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow
28  the defendant reasonable time to review all available discovery, taking into account the exercise

of due diligence, to provide for the transportation of the codefendant to this district and to allow further settlement negotiations that may result in an expeditious conclusion to the case as far as this defendant is concerned.

DATED:  December 2, 2009

                                            _/s/ Lawrence J. O'Neill___
                                            LAWRENCE J. O'NEILL
                                            United States District Judge