1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  BRIAN VINCENT STRETCH


                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-0388 LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | HEARING |
| BRIAN VINCENT STRETCH, ) | |
| ) | DATE:  September 30, 2010 |
| Defendant. ) | TIME:   8:30 A.M. |
| _____ ) | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 17, 2010 **may be continued to September 30, 2010 at 8:30 A.M.**

This continuance is requested by both parties who have conferred and are hopeful the case will resolve.  A plea agreement will be sent to counsel.  Assistant United States Attorney Mark J. McKeon will be unavailable on Friday, September 17, 2010.  Parties request the continuance for further plea negotiations.

///

///

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the
3  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
4  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 15, 2010    By  /s/ Marc J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 15, 2010    By  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
Brian Vincent Stretch

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September  16 , 2010                           /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court

Stretch - Stipulation and Proposed Order