IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRIAN STRETCH<br><br>    Defendant.<br>_____/ | CASE NO. CR F 09-0388 LJO<br><br>**NOTICE TO PARTIES OF THE COURT'S INTENT TO MAKE AN UPWARD DEPARTURE** |

The Court has received and reviewed the Presentence Report of November 1, 2010. The loss appears to be more than half a million dollars. The criminal history shows the similar nature of the prior conduct. There appear to be no assets that can be used for restitution. The Guideline Range is 37-46 months.

Notice is hereby given that the Court intends on departing from the Sentencing Guidelines in an upward direction. The basis of the departure is USSG 4A1.3(a)(1), due to the specific conduct in which the defendant has involved himself. While some of the prior criminal conduct resulted in criminal history points, the guidelines do not take into account the similar nature of the defendant's actions. The defendant has involved himself in similar conduct that did not result in points (see Paragraph 72 of the Presentence report).

The Defendant is a danger to the community at large. Instead of learning from his past criminal behavior's punishments, he has somehow become emboldened by them to the point of stealing in amounts many time his prior crimes.

IT IS SO ORDERED.

**Dated:   November 29, 2010**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE