# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**BRIAN VINCENT STRETCH**<br>(Defendant's Name) | **SECOND AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:09CR00388-001 LJO** |
| Date of Original Judgment:  8/15/2013<br>(Or Date of Last Amended Judgment)<br>Reason for Amendment: Correction of Sentence on Remand<br>(Fed R. Crim. P. 35(a)) | Andras Farkas<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges  4 through 9  as alleged in the violation petition filed on  6/20/2013 .
[✔]  admitted guilt to violation of charge 1, as alleged in the violation petition filed on  6/20/2013 *

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  12/23/2010 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charges  2 and 3 are dismissed.

Appeal Rights WAIVED*

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 5, 2013
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

July 10, 2014
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet 1          Case 1:09-cr-00388-DAD   Document 96   Filed 07/10/14   Page 2 of 3

CASE NUMBER: 1:09CR00388-001 LJO
DEFENDANT: BRIAN VINCENT STRETCH

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | FAILURE TO OBEY ALL LAWS | 04/26/2013 |
| Charge 4 | UNAUTHORIZED TRAVEL | 01/06/2013 |
| Charge 5 | FAILURE TO SUBMIT MONTHLY REPORTS | 04/2013 |
| Charge 6 | FAILURE TO SUBMIT TRUTHFUL AND COMPLETE MONTHLY SUPERVISION REPORTS | 05/2013 |
| Charge 7 | FAILURE TO TRUTHFULLY ANSWER ALL INQUIRIES BY THE PROBATION OFFICER | 02/06/2013 |
| Charge 8 | FAILURE TO TRUTHFULLY ANSWER ALL INQUIRIES BY THE PROBATION OFFICER | 06/10/2013 |
| Charge 9 | FAILURE TO MAKE RESTITUTION PAYMENTS AS DIRECTED | 04/11/2013 |

| | | |
|---|---|---|
| CASE NUMBER: | 1:09CR00388-001 LJO | Judgment - Page 3 of 3 |
| DEFENDANT: | BRIAN VINCENT STRETCH | |

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months*


[]    No TSR: Defendant shall cooperate in the collection of DNA.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.     LOMPOC, CA
The Court recommends that the defendant be placed in a Halfway House Re-entry Center prior to release.*

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


                                                                UNITED STATES MARSHAL

                                                   By _____
                                                             Deputy U.S. Marshal